| UNITED STATES BANKRUPTCY COURT — District of Maryland ▼ | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>MAPSON, LEWIS ROBERT | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>MAPSON, JEAN URANIS |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>HESTER, *Jean uranis* |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>5191 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>9043 |
| Street Address of Debtor (No. and Street, City, and State):<br>11145 POUNDBERRY CAMP PLACE<br>WALDORF, MD 20603<br>ZIP CODE 20603 | Street Address of Joint Debtor (No. and Street, City, and State):<br>11145 POUNDBERRY CAMP PLACE<br>WALDORF, MD<br>*#20079331 B -0-*  ZIP CODE 20603 |
| County of Residence or of the Principal Place of Business:<br>PRINCE GEORGES | County of Residence or of the Principal Place of Business:<br>PRINCES GEORGES |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7     ☐ Chapter 15 Petition for<br>☐ Chapter 9        Recognition of a Foreign<br>☐ Chapter 11      Main Proceeding<br>☐ Chapter 12   ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                        Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box.) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☐ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☑ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 | ☑ $50,001 | ☐ $100,001 | ☐ $500,001 | ☐ $1,000,001 | ☐ $10,000,001 | ☐ $50,000,001 | ☐ $100,000,001 | ☐ $500,000,001 | ☐ More |
|---|---|---|---|---|---|---|---|---|---|

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): MAPSON, ROBERT & URANUS |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.)  I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  X _____ Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l))

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | **MAPSON, ROBERT & URANUS** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (if not represented by attorney)
480.628.7350

Date
4/9/2013

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**AZ PROFESSIONAL SERVICES**
Printed Name and title, if any, of Bankruptcy Petition Preparer

**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**
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

**11402 GLEN DALE RIDGE RD**
**GLENN DALE, MD 20769**
Address

X _____
Signature

**02/01/2013**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**FILED**

APR − 9 2013

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

### District of Maryland

In re **MAPSON, ROBERT**

Debtor

Case No. 13-16140

(if known)

## EXHIBIT D – INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                                     Page 2

❒ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❒ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

❒ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❒ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❒ Active military duty in a military combat zone.

❒ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____

Date: ___4\9\2013___

B 1D (Official Form 1, Exhibit D) (12/09)

**FILED**

APR - 9 2013

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

# UNITED STATES BANKRUPTCY COURT

## District of Maryland

In re **MAPSON, URANUS**
_____
Debtor

Case No. 13-16140
(if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                              Page 2

❏ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.  *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

❏ 4. I am not required to receive a credit counseling briefing because of:  *[Check the applicable statement.]  [Must be accompanied by a motion for determination by the court.]*

❏ Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
❏ Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
❏ Active military duty in a military combat zone.

❏ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _____

Date: 4/9/2013

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

FILED

APR - 9 2013

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

Debtor(s).
Robert Mapson
Uranus Mapson

Bankruptcy No.: 13-16140
Chapter 7

### VERIFICATION OF CREDITOR
### MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true
and correct to the best of his/her knowledge.

Date 4/09/2013    Signature _____

Date 4/09/2013    Sign _____

CHILD SUPPORT DIVISION/VA
730 E.BRAOD STREET
RICHMOND, VA 23219


LVNV FUNDING
P.O. BOX 10584
GREENVILLE, SC 29603


LVNV FUNDING
P.O. BOX 49938
LOS ANGLES, CA 90049


NCO FIN 02
507 PRUDENTIAL RD
HORSHAM PA 19044


PROFESSIONAL ACCT
633 W WISCONSIN AVE
MILWALKEE WI 53203


AMERICAN COLLECTIONS
205 S WHITING STREET
STE 600
ALEXANDRIA VA 22304


NORTHERN LEASING SYSTEM
132 W 31ST STREET
NEW YORK, NEW YORK, 10001


TRIDENT ASSET MANAGEMENT
5755 NORTHPOINT PKWAY
ALPHARETTA, GA 30022


AFNI
P.O. BOX 3097
BLOOMINGTON, IL 61702

FRANKLIN COLLECTION
2978 W JACKSON ST
TUPELO MS 38803


APPLEBEES CORP
195 WESR SCHROCK R
WESRTERVILLE OH 43081


CAP ONE
P.O. BOX 85520
RICHMOND, VA 23385


GLOBAL PAYMENTS CHECKS
P.O. BOX 59371
CHICAGO, IL 60659


GLOBAL PAYMENT
P.O. BOX 61158
CHICAGO, IL 60666


AMERICAN COLLECTION
205 S WHITING ST STE 500
ALEXANDRIA VA 22304


NEVEDA PROFESSIONAL CO
10601 GRANT RD STE 214
HOUSTON, TX 77070


PROFESSIONAL ACCT
633 W WISCONSIN AVE
MILWALKEE WI 53203


ALLIANCE ONE
4850 E STREET
TREVOSE PA 19053

ARROW FINANCAL SERVICES
21031 NETWORK PLACE
CHICAGO, IL. 60678


ASSOC. IN RADIATION MEDICINE @WALDORF
P.O. BOX 418837
BOSTON, MA 02241


AFFINION BENEFITS GROUP LLC
P.O. BOX 183129
COLUMBUS OH 43218


ADVANCED SURGICARE OF MARYLAD PA
3450 OLD WASHINGTON RD STE 202
CAMBRIDGE CENTER
WALDORF, MD 20603


ALLIED INTERSTATE
C/O DIRECT TV
P.O. BOX 78626
PHOENIX, AZ 85062


ANESTHESIA ASSIC OF SO MD
7503 SURRATS RD
CLINTON, MD 20735


CREDIT COLLECTION SERVICES
C/O GEICO
TWO WELLS AVE
NEWTON, MA 02459


CHESAPEAKE & WASHINGTON HEART CARE
12070 OLD LINE CENTRE #303
WALDORF, MD 20602


CHESAPEAK RECEIVABLES MANAGMENT INC
10 ST PATRICKS DRIVE STE 504
WALDORF MD 20604

CHESAPEAK RECEIVABLES MANAGENT INC
10 ST PATRICK DRIVE STE 504
WALDORF MD 20603


CHARLES COUNTY GOVERNMENT
P.O. BOX 1630
LAPLATA MD 20646


DEHAN & BACH
C/O SHERWIN WILLIAMS CO
11256 CORNELL PARK DR STE 500
P.O. BOX 420321
CINCINNATI, OH 45242


EVERGREEN DISPOSAL INC
P.O. BOX 578
WALDORF, MD 20604


FIRST REVENUE SYSTEMS
C/O NCO FINANCIAL SYSTEM
P.O. BOX 1259
OAKS, PA 19456


FIDELITY INFORMATION CORP
P.O. BOX 49938
LOS ANGELES, CA 90049


IRST PREMIER BANK
P.O. BOX 5147
SIOUX FALLS SD 57117


RICHARD J. GHATTAS, MD , PA
2425 SOLOMONS ISLAND RD
HUNTINGTOWN, MD 20639


SATISH N JUMANI MD
10 ST PATRICK DRIVE STE 208
WALDORF, MD 20603

SEVETH AVE
1112 7TH AVE
MONROE WI 53566


JEFFERSON CP
16 MCLELAND RD
ST CLOUD MN 56303


MIDLAND FUNDING
8875 AERO DR
STE 500
SAN DEIGO CA 9212


SWISS COLONY
1112 7TH AVE
MONROE WI 53566


PROFESSIONAL ACCOUNTS
633 W WISCONSIN AVE
MILWAUKEE WI 53203


ASSET ACCEPTENCE LLC
P.O. BOX 1630
WARREN MI 48090


FIRST PREMIER BANK
601 S MINNESOTA AVE
SIOUX FALLS SD 57104


MEDICAL COLLECTIONS
8014 BAY BERRY RD
JACKSONVILLE FL 32256


DECA FIN SERVICES
10500 KINCADE DRIVE
FISHERS IN 46037

NATIONAL SERVICE BUR.
18820 AUROR AVE #206
SHORELINE, WA 98133


NDC CH SVC
6215 W HOWARD
NILES IL 60714


NORTH LEASING
132 W 32ST
14TH FLOOR
NEW YORKM NY 10001


PENCRO ASSOC.
95 JAMES WAY
SOUTHWAY, PA 18968


PENTAGON FCU
P.O. BOX 1432FOREST GLEN
ALEXANDRIA, VA 22313


PENTA GROUP FINANCIAL
5959 CORPORATE DR
STE 14
HOUSTON, TX 77036


PROVIDIAN
4940 JOHNSON DR
PLEASANTON, CA 94566


PROVIDIAN FINANCIAL
P.O. BOX 9180
PLEASANTON, CA 94566


PURPADV/FBOFD
245 PERIMIMETER CENTER PK
ALTANTA, GA 30346

GLA COLLECTIONS CO
2630 GLEESON LANE
LOUISEVILLE, KY 40299


GLOBAL PAYMENTS INC
P.O. BOX 59371
CHICAGO IL 60659


HAFC
5855 COPLEY DR
SAN DEIGO CA 92111


HHLD BANK
P.O. BOX 98706
LAS VEGAS NV 89193


HSBC AUTO
6602 CONVOY COURT
SAN DIEGO CA 92111


HSBC NV
P.O. BOX 98706
LAS VEGAS NV 89193


JEFFERSON NCP
16 MCLELAND RD
ST CLOUD MN 56303


LSE/FAIRLANES
P.O. BOX 1928
TEMPE, AZ 85280


MBNA
1100 N KING STREET
WILMINGTON, DE 19884

KRISHAN MATHUR MD
3500 OLD WASHINGTON STE 102
WALDORF, MD 20602


JOHN HOPKINS UNIVERSITY
CLINICAL PRACTICE ASSOC.
P.O. BOX 64896
BALTIMORE, MD 21264


LABORATORY DIAGNOSTICS INC
10 PATRICKS DR #301
WALDORF MD 20603


LTD FINANCIAL SERVICES
C/O TRACTOR SUPPLY
7322 SOUTHWEST FREEWAY STE 1600
HOUSTON, TX 77074


NATIONAL CREDIT SYSTEMS INC
P.O. BOX 312125
ATLANTA, GA 31131


NOTHERN LEASING SYSTEMS INC
P.O. BOX 7861
NEW YORK, NY 10116


PROFESSIONAL BILLING INTERNATIONAL
7503 SURRATTS RD
CLINTON, MD 20735


RADIOLOGY IMAGINE ASSOC
P.O. BOX 37109
BALTIMMORE, MD 21297


R SOURCE
C/OFIRST DATA GLOBAL LEASING
6001 BROKEN SOUND PKWY NW STE 620
BOCA RATON FL 33487

STATE OF MARYLAND CCU
300 W PRESTON STREET
BALTIMORE MD 21201


ACS MONTGOMERY
4040 BLACKBURN LANE
BURTONSVILLE, MD 20866


CHASE BANK USA
P.O. BOX 15298
WILMINGTON, DE 19850


CITI RPL
P.O. BOX 6497
SIOUX FALLS SD 57117


FNCC
500 EAST 60TH ST N
SIOUX FALLS SD 57104


HBC AUTO
66602 CONVOY CT
SAN DEIGO CA 92111


HSBC BANK
P.O. BANK 5253
CAROL STREAM IL 60197


PURPADV/FBD
P.O. BOX 105591
ATLANTA GA 30348

CRD PRT ASSO
P.O. BOX 802068
DALLAS TX 75380


CRDT MGT
4200 INTERNATIONAL
CARROLTON, TX 75007


CREDTIT ADJ BUREAU
2917 W BELVEDERE PKWY
BALTIMORE, MD 21215


CREDIT MANAGEMENT INC
4200 INTERNATIONAL PKWY
CARROLLTON TX 75007


DAIMLER CHRYLER
P.O. BOX 551080
JACKSONVILLE, FL 32255


DR/BOND COLL
6906 PLAINFEILDS RD
CINCINNATI OH 45236


FAIRLANE CREDIT
P.O. BOX 73577
DALLAS, TX 75374


FORD CREDIT
P.O BOX 542000
OMAHA, NE 68154


GLA COLLECTIONS
P.O. BOX 991199
LOUISVILLE KY 40269

ALEXANDRIA CITY CIRCUIT COURT
520 KING STREET
ALEXANDRIA VA 22314

ALIANCE ONE
1684 WOODLANDS DR
MAUMEE OH 43537

AMERICAN GENERAL FINANCIAL
2110 CRAIN HWY #1A
WALDORF, MD 20601

BANK FIRST
2600 W 49TH STREET
SIOUX FALLS SD 57105

CALVERT PORTFOLIO SERVICES
P.O. BOX 27288
TEMPE AZ 85282

CALVERT PORTFOLIO SERVICES
7 SKYLINE DRIVE 3RD FLOOR
HAWTHORN NY 10532

CALVERY PROTFOLIO SERVICES
4050 E COTTEN CENTER BLVD
PHOENIX, AZ 85040

CBD
530 RIVERSIDE DR
SALSBURY MD 21801

CFC DEFICIENCY RECOVERY
8813 WESTERN WAY
JACKSONVILLE, FL 32356

RELS REPORTING SERVICES
12395 FIRST AMERICAN WAY
POWAY CA 92064


CONSUME PORTFOLIO SVC
P.O. BOX 57071
IRVINE CA 92619


IC SYSTEMS
P.O. BOX 64378
ST PAUL, MN 55164


AARON SALES & LEASE
1015 COBB PLACE BLVD NW
KENNESAW GA 30144


EDUCATIONAL SYSTEMS
7500 GREENWAY CENTER
GREENBELT. MD 207705


CALVAERY PORTFOLIO SERV
7 SKYLINE DR STE 3
HAWTHORNE NY 10532


CRD PRT ASSOC.
13355 NOEL RD STE 2100
DALLAS, TX 75240


CREDIT ACCEPTANCE
P.O. BOX 513
SOUTHFIELD, MI 48037


CREDIT MANAGEMENT
4200 INTERNATIONAL PKWAY
CARROLTON, TX 75007

USA DISC
3320 HOLLAND RD
VIRGINIA BEACH VA. 23452


VNB LOAN SERVICES INC
747 CHESTNUT RD STE 201
CHESTNUT RIDGE NY 10977


DISTRICT COURT OF MARYLAND
14735 MAIN STREET
UPPER MARLBORO, MD 20772


DISTRICT COURT OF MARYLAND
49990 RHODE ISLAND AVE
HYATTSVILLE, MD 20781


LAW OFFICES FISHBEIN & FISHBEIN, PA
C/O SUNBELT RENTALS
8156 MAIN STREET
POST OFFICE BOX ONE
ELLICOTT, MD 21041


VICTOR VARGAO
C/O ALFRED L. MILSTEAD
P.O. BOX 1119
LA PLATA, MD 20646

```
MELLON FINANCIAL SVC
1775 SHERMAN ST
DENVER, CO. 80203




NCO FIN 22
507 PRUDENTIAL RD
HORSHAM, PA 19044




CREDIT PLUS
31550 WINTERPLACE PKWY
SALSBURY, MD 21804




EDUCATIONAL SYSTEM
395 48TH STREET
BLADENSBURG, MD 20710




FAIRLANE CREDIT
P.O. BOX 73577
DALLAS, TX 75374




FMCC/FORD MOTOR CORP
P.O. BOX 542000
OMAHA, NE 68154




RESTORATION ONE
6507 OLD BRANCH RD
CAMP SPRINGS, MD 20748




STUDENT LOAN MKT ASSN
220 LASLEY AVE
WILKESS BARRE, PA 18706




TRIAD FINANCIAL
5201 RUFE
SNOW DR STE 40
NORTH RICHLAND HILLS, TX 78180
```

SMECO
P.O. BOX 62261
BALTIMORE, MD 21264


T MOBILE
P.O. BOX 742596
CINCINNATI OH 45274


TRI CITY SERVICES
P.O. BOX 639
HOLLYWOOD, MD 20636


TOWER RADIOLOGY
4255 ALTAMONT PL STE 104
WHITE PLAINS, MD 20695


UMC
1310 SOUTHERN AVE SE
WASHINGTON DC 20032


VCA SOUTHERN MD VET
3485 ROCKEFELLER COURT
WALDORF MD 20602


WALDORF ANIMAL CLINIC
P.O. BOX 291

GEORIGIA FLOORING OUTLET
2496 CRAIN HWY
WALDORF, MD 20601


COURT OF KING GEORGE COUNTY
P.O. BOX 113
KINGS GEORGE, VA 22485


GEORGIA FLOORING OUTLET
9600 JAMES MADISON PKWY
KING GEORGE VA 22485


IRENE DELEON
6360 MARYLAND 414
OXON HILL, MD 29745